IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 MAY 29 PM 1:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAY 29 2002

KEITH NISBETT, )
 )
    Plaintiff, )
 )
vs. ) CV 02-H-0309-NE
 )
SERGEANT CHARLES BROCK, et al., )
 )
    Defendants. )

### MEMORANDUM OF OPINION

    The magistrate judge filed a report and recommendation on April 8, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). As of May 7, 2002, no objections had been filed and the undersigned adopted and accepted the recommendation of the magistrate judge. On May 15, 2002, plaintiff filed a motion to vacate the judgment in which he stated that he did not receive a copy of the report and recommendation in time to respond and asked the court to reconsider the dismissal of Warden Wise and Ronald McGlothim.

    Plaintiff has now provided additional facts which were not available to the magistrate judge at the time he made his recommendation. Based on this additional information, the order of May 7, 2002, dismissing Warden Wise and Officer McGlothim is vacated.

    It is hereby ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action are dismissed pursuant to 28 U.S.C. § 1915A except the Eighth Amendment claims against Warden Wise, Sgt. Brock, and Officers Vaughn, Mitchell, Cossey, Lindsey, and McGlothim. It is further ORDERED that the Eighth Amendment claims against Warden Wise, Sgt. Brock, and



Officers Vaughn, Mitchell, Cossey, Lindsey, and McGlothim be referred to the magistrate judge for further proceedings.

DATED this 29th day of MAY, 2002.

*James W. Hancock*
JAMES H. HANCOCK
SENIOR UNITED STATES DISTRICT JUDGE